UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, )<br>AFL-CIO )<br>1300 L Street, N.W. )<br>Washington, D.C. 20005, )<br>            )<br>    Plaintiff, )<br>            )<br>  v.        )<br>            )<br>UNITED STATES POSTAL SERVICE, )<br>475 L'Enfant Plaza, S.W. )<br>Washington, D.C. 20260, )<br>            )<br>    Defendant. ) | Civil Action No.1:05CV01430 |

AFFIDAVIT OF SERVICE

I, Talaia Lewis, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On July 25, 2005, the following party was served with the summons and complaint in this matter by certified mail, return receipt requested, as follows:

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N. W.
Washington, DC 20530-0001

True copy of the signed return receipt is attached.

Dated: 8/10/05

*Talaia Lewis*
Talaia Lewis

ATTY000010001

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>JUL 2 5 2005 |
| 1. Article Addressed to:<br><br>Attorney General Alberto Gonzales<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0005 5302 3181 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

ATTY000010002