UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, ) <br> AFL-CIO ) <br> 1300 L Street, N.W. ) <br> Washington, D.C. 20005, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL SERVICE, ) <br> 475 L'Enfant Plaza, S.W. ) <br> Washington, D.C. 20260, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No.1:05CV01430 |

AFFIDAVIT OF SERVICE

I, Talaia Lewis, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On July 22, 2005, the following party was served with the summons and complaint in this matter by certified mail, return receipt requested, as follows:

United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260

True copy of the signed return receipt is attached.

Dated: August 10, 2005

*[signature]*
Talaia Lewis

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>M. Brown                        7/22/05 |
| 1. Article Addressed to:<br><br>United States Postal Service<br>475 L'Enfant Plaza, SW<br>Washington, DC 20260 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail       ☐ Express Mail<br>☐ Registered         ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0005 5302 3174 |
| PS Form 3811, February 2004 | Domestic Return Receipt                    102595-02-M-1540 |

USPS000012002