# EXHIBIT 1

Case 1:05-cv-01430-JR     Document 6-3     Filed 10/07/2005     Page 1 of 4


**UNITED STATES POSTAL SERVICE**

December 14, 2004

SUBJECT: LETTER OF DECISION – NOTICE OF PROPOSED REMOVAL

MEMORANDUM TO:        Otis I. Coldren III
                      7366 Eel Court
                      Columbus OH 43235-4305

You were issued a notice proposing to remove you from the Postal Service dated November 8, 2004, for the charge outlined in the notice.

Neither you nor your representative has met with me to discuss the charges outlined in the proposed removal or to provide any mitigating circumstances. I have reviewed all the evidence of record and I find that the charge as stated in the Notice of Proposed Removal dated November 8, 2004, is fully supported by the evidence and warrants your removal.

In reaching this decision, I have considered the factors outlined in Douglas vs. Veteran's Administration.

The nature and seriousness of the offence was considered. You admitted to stealing cash from your drawer to the approximate amount of $200.00 to $250.00. You stated you did not remember the exact amount but that you used the funds for personal expenses. This is a very serious offence and this infraction alone warrants your removal.

Your employment history with the Postal Service has been considered. You have been employed with the Postal Service since August of 1978. In being with the Postal Service this length of time, you are well aware of the rules and regulations that govern Postal employees.

In accordance with Employee and Labor Relations Manual (ELM), Section 661.53, Unacceptable Conduct, it states, "No employee will engage in criminal, dishonest, notoriously disgraceful or immoral conduct, or other conduct prejudicial to the Postal Service. Conviction of a violation of any criminal statute may be grounds for disciplinary action by the Postal Service, in addition to any other penalty by or pursuant to statute." You have engaged in dishonest conduct.

Your conduct also violates ELM Section 665.2 (k)(1) Embezzlement of government money or property (18 U.S.C. 641) and ELM 665.2(v) Prohibition against misappropriation of Postal Service funds (18 U.S.C. 1711).

Section 666.2 of the ELM states: "Employees are expected to conduct themselves during and outside of working hours in a manner which reflects favorably upon the Postal Service. Although it is not the policy of the Postal Service to interfere with the private lives of employees, it does require that Postal personnel be honest, reliable, trustworthy, courteous, and of good character and reputation. Employees are expected to maintain satisfactory personal habits so as not to be obnoxious or offensive to other persons or to create unpleasant working conditions."

A review of your disciplinary record indicates you have received a Letter of Warning dated May 24, 2003, for Unsatisfactory Performance; Letter of Warning dated January 23, 2004, for Unsatisfactory Attendance; Five (5) Day Suspension dated March 1, 2004, Improper Conduct. However, this offense alone warrants your removal from the Postal Service.

I have considered the effect this offense will have upon your ability to perform at a satisfactory level and the effect upon your supervisor's confidence in you. These actions certainly do not display the integrity level which the Postal Service requires. Further, to allow you to continue working would indicate to other employees that it is okay to steal from the Postal Service without any consequences. I have lost confidence in your ability to perform your duties in a satisfactory manner.

In consideration of all of the circumstances surrounding this case, I do not feel that alternative sanctions would deter such conduct in the future. This penalty is consistent with penalties imposed upon others for same or similar offenses.

After review of all the factors presented, my decision is to uphold the Proposed Removal.

This action will be effective upon receipt of this Letter of Decision.

As a Preference Eligible, you have the right to appeal this decision in writing to:

The Merit Systems Protection Board
Chicago Regional Office
230 S. Dearborn Street - 31st Floor
Chicago, IL 60699-1689

within thirty (30) days from the effective date of this decision. If you appeal to the MSPB, you should state whether you do or do not wish a hearing, and you should furnish me a copy of your appeal. For further information on appeal procedures, contact me. Copies of the MSPB Regulations and the appeal form are attached for your reference. Further, if you and the Postal Service mutually agree in writing to attempt to resolve this matter through an alternative dispute resolution process, prior to your filing an appeal with the MSPB, the time limit for appeal with the MSPB is extended by an additional thirty (30) days, for a total of 60 days. If you are interested in the alternative dispute resolution process, you should contact the Labor Relations Office within fifteen (15) calendar days at (614) 469-4475, for information regarding this procedure.

If you believe that the action is based, in whole or in part, on discrimination, you have the option of filing an appeal with the MSPB or filing an EEO complaint with the Postal Service, but not both. Before filing an EEO complaint, you must bring the matter to the attention of the EEO Complaints Processing Unit, Rooms 430 or 433, 850 Twin Rivers Drive, Columbus, Ohio 43216-9411. They can also be contacted by phone at 469-4359, 4474 or 4477. Such contact must be made within forty-five (45) calendar days of the effective date of this decision. The EEO complaint will be processed pursuant to the appropriate regulations (29 CFR, Section 1614.302 through 1614.310). You are not entitled to a hearing by the Equal Employment Opportunity Commission (EEOC). You may, however, request a hearing before the MSPB after the Postal Service has rendered a decision on your complaint or after 120 calendar days from filing your complaint, whichever comes first. If you appeal to the MSPB, your appeal should state whether or not you do or do not wish a hearing, and you should furnish me a copy of your appeal. For further information on appeal procedures, contact the Manager, Labor Relations at (614) 469-4475. Attached for your reference are a copy of the MSPB Regulations, and a copy of the appeal form.

If you appeal this action to the MSPB, you will remain on the rolls, but in a non-pay/non-duty status from the effective date of this action until disposition of your case has been reached, either by settlement or through exhaustion of your administrative remedies.

You are entitled to a representative of your own choosing throughout your appeal. You and your representative, if he or she is an U. S. Postal Service employee, shall be afforded a reasonable amount of official time for preparation of your case, if you and/or your representative are otherwise in a duty status.

2

If this action is reversed or modified on appeal, back pay may be allowed in accordance with 5 CFR § 550.801, et. seq., unless the award or decision specifies otherwise. If this award is reversed or modified in arbitration or before the MSPB, back pay may be allowed unless the award specifies otherwise, only if you have made reasonable efforts to obtain alternate employment during the potential back pay period. The documentation, which you must maintain and present to support a back pay claim, is described in Part 436 of the Employee and Labor Relations Manual.

Please be advised that if you are in a non-pay status for more than six (6) months and return to a pay status without obtaining outside employment you must:

- make a statement giving the reasons for your failure to obtain outside employment, and
- furnish a resume of your efforts to secure other employment during the back pay period.

_John Barker_ (signature)     Date: 12-15-04
John Barker, Manager
Customer Service Operations

attachments:   MSPB Regulations
               MSPB Appeal Form

               SENT VIA:   Regular Mail
                           Certified Mail # 7004 0550 0000 8620 3314
                           Constructive Delivery # 7004 0550 0000 8620 3321

3