UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION,<br>AFL-CIO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 05-1430 (JR) |

ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is on this _____ day of _____, 2005, hereby

ORDERED that Plaintiff's complaint be, and hereby is, DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE