UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>      Defendant. | Civil Action No. 05-1430 (JR) |

## NOTICE TO THE COURT

Defendant hereby informs the Court that its Motion to Dismiss, or in the Alternative for Summary Judgment and accompanying documents were filed electronically with this Court under the heading "Motion to Dismiss," at Document #6 on the Court's Docket.

                  Respectfully submitted,

                  _____
                  KENNETH L. WAINSTEIN
                  D.C. Bar #451058
                  United States Attorney

                  _____
                  R. CRAIG LAWRENCE
                  DC Bar #171538
                  Assistant United States Attorney

                  _____
                  KATHLEEN KONOPKA
                  Assistant United States Attorney
October 7, 2005          555 Fourth Street, NW, Room E4412
                  Washington, DC 20009
                  202/616-5309