UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
AMERICAN POSTAL WORKERS UNION, )
AFL-CIO, )
)
      Plaintiff, )
)
v. ) Civil No. 05-1430 (JR)
)
UNITED STATES POSTAL SERVICE, )
)
      Defendant. )
_____)

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff American Postal Workers Union, AFL-CIO, asks the Court for an extension of time to and including November 15, 2005, within which to file its response to Defendant's Motion to Dismiss. Previously-scheduled travel plans and two arbitration hearings, one with the defendant, necessitate this request for additional time to review and research Defendant's legal positions and file a response. Counsel for Defendant consents to this extension of time.

For these reasons, the Court should grant Plaintiff this extension of time. A proposed order is attached.

Dated: October 12, 2005      Respectfully submitted,

                                    O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                    By: _____✗_____
                                       Melinda K. Holmes
                                       1300 L Street N.W., Suite 1200
                                       Washington, DC 20005-4178
                                       (202) 898-1707
                                       mholmes@odsalaw