**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
AMERICAN POSTAL WORKERS UNION,          )
AFL-CIO,                                )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil No. 05-1430 (JR)
                                        )
UNITED STATES POSTAL SERVICE,           )
                                        )
            Defendant.                  )
_____)

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Extension of Time to Respond to

Defendant's Motion to Dismiss, it is this _____ day of October, 2005, hereby

ORDERED that Plaintiff's motion is GRANTED and that Plaintiff may have until

November 15, 2005, to file its response.


                              _____
                              United States District Court Judge


Copies to:

Melinda K. Holmes
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC  20005
      mholmes@odsalaw.com

Kathleen Konopka
U.S. Attorney's Office
Judiciary Center Building - Room E4412
555 - 4th Street, N.W.
Washington, DC  20001
      kathleen.konopka3@usdoj.gov