UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN POSTAL WORKERS UNION,      )
AFL-CIO,                            )
                                    )
      Plaintiff,                    )
                                    )
  v.                                ) Civil No. 05-1430 (JR)
                                    )
UNITED STATES POSTAL SERVICE,       )
                                    )
      Defendant.                    )
_____ )

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff American Postal Workers Union, AFL-CIO, asks the Court for an extension of time to and including November 28, 2005, within which to file its response to Defendant's Motion to Dismiss. Scheduling conflicts from previously-scheduled briefing dates, an expedited arbitration hearing with the Postal Service, and the Thanksgiving holiday necessitate this request for additional time. Counsel for Defendant consents to this extension of time, and the parties agree that Plaintiff will consent to Defendant's request for an extension of time to file a reply, if any, in light of scheduling conflicts in November and December that may be of concern.

    For these reasons, the Court should grant Plaintiff this extension of time. A proposed order is attached.

Dated: November 9, 2005      Respectfully submitted,

                                O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                By: _____
                                Melinda K. Holmes
                                1300 L Street N.W., Suite 1200
                                Washington, DC 20005-4178
                                (202) 898-1707
                                mholmes@odsalaw.com