**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
AMERICAN POSTAL WORKERS UNION,        )
AFL-CIO,                                                         )
                                                                      )
                    Plaintiff,                                      )
                                                                      )
             v.                                                       )        Civil No. 05-1430 (JR)
                                                                      )
UNITED STATES POSTAL SERVICE,             )
                                                                      )
                    Defendant.                                    )
_____ )

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to Respond to

Defendant's Motion to Dismiss, it is this _____ day of November, 2005, hereby

ORDERED that Plaintiff's motion is GRANTED and that Plaintiff may have until

November 28, 2005, to file its response.

_____
United States District Court Judge

Copies to:

Melinda K. Holmes
O'Donnell, Schwartz & Anderson, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC  20005
        mholmes@odsalaw.com

Kathleen Konopka
U.S. Attorney's Office
Judiciary Center Building - Room E4412
555 - 4th Street, N.W.
Washington, DC  20001
        kathleen.konopka3@usdoj.gov