## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 05-1430 (JR) ) |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, Plaintiff's Opposition thereto and Cross-Motion for Summary Judgement, and the entire record herein, it is this _____ day of _____, 200\_\_\_, hereby

ORDERED that Defendant's motion is DENIED and Plaintiff's motion is GRANTED. The Award of Arbitrator Jerry Fullmer, dated April 26, 2005, in U.S. Postal Service and APWU, Case No. C00C-4C-D 05017281 is hereby vacated. Plaintiff's grievance is remanded to the parties for disposition in accordance with the parties' collective bargaining agreement.

_____
United States District Court Judge

Copies to:

Melinda K. Holmes
O'Donnell, Schwartz & Anderson, P.C.
mholmes@odsalaw.com

Kathleen Konopka
U.S. Attorney's Office
kathleen.konopka3@usdoj.gov