UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-1430 (JR) |
| v. | ) ) ) | |
| UNITED STATES POSTAL SERVICE, | ) ) ) | |
| Defendant. | ) ) | |

DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS
OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a reply to Plaintiff's opposition to Defendant's motion to dismiss, or in the alternative for summary judgment and opposition to Plaintiff's cross motion for summary judgment, up to and including January 9, 2006. As previously articulated in Plaintiff's motion for extension of time (Docket #9), Plaintiff consents to Defendant's motion.

In support of this motion, Defendant states as follows: Agency counsel in this case is scheduled begin a period of committed leave tomorrow (December 1, 2005), and currently does not plan to return to the office until at least December 12, 2005. Upon her return, agency counsel is concerned that holiday plans will hinder her and her supervisor's ability to fully engage and assist undersigned counsel in the creation of an appropriate pleading. The proposed new date

will ensure that the agency is able to participate to the fullest extent in this process.

WHEREFORE, Defendant respectfully requests that the currently scheduled deadline for its reply and opposition be extended up to and including January 9, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC
Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC
Bar #171538
Assistant United States Attorney

_____
KATHLEEN KONOPKA
Assistant United States Attorney
202/616-5309