UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-1430 (JR) |
| v. | ) ) | |
| UNITED STATES POSTAL SERVICE, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

UPON CONSIDERATION of Defendant's consent motion for extension of time within which to file a reply to Plaintiff's opposition to Defendant's motion to dismiss, or in the alternative for summary judgment and opposition to Plaintiff's cross motion for summary judgment, it is on this _____ day of _____, 2005, hereby

ORDERED that Defendant's Motion shall be, and hereby is, GRANTED,

and it is further,

ORDERED that Defendant's reply and opposition shall be filed by January 9, 2006.

_____
UNITED STATES DISTRICT JUDGE