UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>              Defendant. | Civil Action No. 05-1430 (JR) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT
OF MATERIAL FACT AS TO
WHICH THERE IS NO GENUINE DISPUTE**

In further support of the Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment, and in opposition to Plaintiff's Cross Motion for Summary Judgment and pursuant to Local Rule 7.1(h), Defendant submits the following response to Plaintiff's "reply" to Defendant's statement of material facts and Plaintiff's statement of material fact to which there is no genuine dispute:

Defendant initially notes that Plaintiff admitted the gross majority of Defendant's material facts not in dispute. (R.10, Plaintiff's Reply to Defendant's Statement of Material Fact). Indeed, Plaintiff denied only the allegations comprised in paragraph 8; however, contrary to this denial, Plaintiff specifically admitted in its memorandum that it failed to request reinstatement as a remedy until its closing statement at the arbitration hearing (R.10 at 3). Thus, Plaintiff cannot appropriately maintain this denial.

Defendant responds to the specifically numbered paragraphs of Plaintiff's statement of

material fact as to which there is no genuine dispute as follows:

1.     Admit.

2.     Admit.

3.     The allegations in this paragraph represent a legal conclusion as opposed to a material fact; however, to the extent that response is required, denied. In light of this arbitrator's recent, nearly identical decision (Exhibit 1), the arbitral award in this case is not an anomaly, but clearly the consistent interpretation of "just cause" by this chosen arbitrator.

4.     This statement also constitutes a legal conclusion as opposed to a material fact that warrants a response. However, it is also inaccurate in that the CBA in this case does not "constrain" an arbitrator to provide any particular remedy upon sustaining a grievance. (R.6, Exh. 2 at 4).

                                                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE
 DC Bar #171538
Assistant United States Attorney

_____
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth Street, NW, Room E4412
Washington, DC 20009
202/616-5309