**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN POSTAL WORKERS UNION, :
AFL-CIO, :
 :
    Plaintiff, :
 :
  v. : Civil Action No. 05-1430 (JR)
 :
UNITED STATES POSTAL SERVICE, :
 :
    Defendant. :

## ORDER

For the reasons set forth in the accompanying memorandum, defendant's motion for summary judgment [6] is **granted**.

                                      JAMES ROBERTSON
                              United States District Judge