UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION AFL-CIO<br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br>Defendant. | Civil Action No.:  1:05-1430 (JR) |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Order dated September 26th, 2006, it is this 26th day of September 2006,

**ORDERED AND ADJUDGED** that final judgment is hereby entered in the above-cited civil action against plaintiff American Postal Workers Union AFL-CIO, and this case is dismissed.

Nancy Mayer-Whittington, Clerk

_/s/ Alphaeus L. Richburg_
Alphaeus L. Richburg
Deputy Clerk